UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN HILL ANN,<br><br>                             Plaintiff,<br><br>         -against-<br><br>SUSAN WIVIOTT, Bridge Inc.; THE BRIDGE INC.; QUEENS KENDRA SHERIFFS; NYC MENTAL HEALTH AND HYGIENE,<br><br>                             Defendants. | 1:21-CV-9210 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 22, 2022, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 22, 2022
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge