UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN HILL ANN,

                Plaintiff,

-against-

SUSAN WIVIOTT, Bridge Inc., et al.,

                Defendants.

1:21-CV-9210 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order and judgment dated and entered February 22, 2022, the Court dismissed this *pro se* action. On March 3, 2022, Plaintiff filed a notice of appeal, and a motion for an extension of time to file a notice of appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure. (ECF 9 & 10.) For the reasons discussed below, the Court denies Plaintiff's motion for an extension of time to file a notice of appeal.

## DISCUSSION

      A litigant has 30 days from the entry date of the order or judgment she wishes to challenge to file a notice of appeal. Fed. R. App. P. 4(a)(1)(A). On February 22, 2022, the Clerk of Court entered the order and judgment dismissing this action. Thus, Plaintiff had 30 days from that date, or until March 24, 2022, to file a timely notice of appeal. Plaintiff filed her notice of appeal on March 3, 2022. Accordingly, the Court denies Plaintiff's motion for an extension of time to file a notice of appeal as unnecessary.

## CONCLUSION

      The Court denies Plaintiff's motion for an extension of time to file a notice of appeal (ECF 9) as unnecessary because Plaintiff's notice of appeal is timely.

2

The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 21, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge